# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8663
Fax: 919-861-5555

**DATE:** May 15, 2018

**FROM:** Amir A. Hunter
U.S. Probation Officer

**SUBJECT:** DEBREW, Darrell James
Case No.: 5:92-CR-117-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On August 27, 1993, pursuant to a guilty plea to Possession With Intent to Distribute Cocaine Base, Darrell James Debrew appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 324 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on May 6, 2016, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since October 2016. His term of supervised release is set to expire on May 5, 2021.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they have no objection to the recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          5-15-18
Terrence W. Boyle                                         Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.          Crim. No. 5:92-CR-117-1BO

**DARRELL JAMES DEBREW**

On May 6, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

/s/ Amir A. Hunter  
Amir A. Hunter  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919.861.8663  
Executed On: May 15, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15__ day of __May__, 2018.

Terrence W. Boyle  
U.S. District Judge